UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-03-560 LKK

    Plaintiff,

  v.                          O R D E R

CHRISTOPHER STINER,

    Defendant.

                                    /

    The court is in receipt of defendant's motion to amend the Judgment.

    The motion is DENIED.

    IT IS SO ORDERED.

    DATED: June 16, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT