1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

                                        NO. CR. S-03-560 LKK

12           Plaintiff,

13      v.                               O R D E R

14 CHRISTOPHER F. STINER,

15           Defendant.

16 _____/

17      The court is in receipt of defendant's request for expungement

18 of the record.  The request is DENIED.

19      IT IS SO ORDERED.

20      DATED: December 21, 2010.

21

22

23      LAWRENCE K. KARLTON
        SENIOR JUDGE
24      UNITED STATES DISTRICT COURT

25

26